**FOURTH DIVISION**
**ANDREWS, P. J.,**
**DOYLE, P. J. and BOGGS, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**August 19, 2014**

# In the Court of Appeals of Georgia

A12A2351. GEICO GENERAL INSURANCE COMPANY v. DO-109 HOSPITAL AUTHORITY OF CLARKE COUNTY et al.

DOYLE, Presiding Judge.

In *Geico Gen. Ins. Co. v. Hosp. Auth. of Clarke County*, 319 Ga. App. 741 (738 SE2d 325) (2013), this Court reversed the trial court's denial of the defendant's motion for summary judgment. The Supreme Court of Georgia reversed that opinion in *Hosp. Auth. of Clarke County v. Geico Gen. Ins. Co.*, 294 Ga. 477 (754 SE2d 358) (2014). We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the judgment of the trial court.

*Judgment affirmed. Andrews, P. J., and Boggs, J., concur.*